DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J. REYNOLDS TOBACCO COMPANY, et al.,**
Appellants,

v.

**PHILIP ALTENHAUS,** as Personal Representative of the Estate of
**RHODA ROSENZWEIG,**
Appellee.

No. 4D22-3402

[June 29, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE08-025815.

William L. Durham II and Logan T. Matthews of King & Spalding LLP, Atlanta, George, and Val Leppert of King & Spalding LLP, Miami, for appellant R.J. Reynolds Tobacco Company.

Geoffrey J. Michael of Arnold & Porter Kaye Scholer LLP, Washington, D.C., for appellant Philip Morris USA, Inc.

Jonathan R. Gdanski and Brittany C. Barron of Schlesinger Law Offices, P.A., Fort Lauderdale, and Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***